UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN CARROLL FUNK, | ) |
| | ) CASE NO. C12-5605-TSZ |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER AFFIRMING |
| | ) COMMISSIONER |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, docket no. 14, to which no objections have been timely filed. It is therefore ORDERED:

(1) The Court adopts the unopposed Report and Recommendation;

(2) The Court AFFIRMS the decision of the Commissioner; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 7th day of February, 2013.

/s/ Thomas S. Zilly
THOMAS S. ZILLY
United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1