01

02

03

04

05                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
06                              AT SEATTLE

07  BENJAMIN CARROLL FUNK,              )
                                        )   CASE NO. C12-5605-TSZ
08           Plaintiff,                 )
                                        )
09        v.                            )   ORDER AFFIRMING
                                        )   COMMISSIONER
10  MICHAEL J. ASTRUE,                  )
    Commissioner of Social Security,    )
11                                      )
             Defendant.                 )
12  _____   )

13       The Court has reviewed the Report and Recommendation of United States Magistrate

14  Judge Mary Alice Theiler, docket no. 14, to which no objections have been timely filed.   It is

15  therefore ORDERED:

16       (1)    The Court adopts the unopposed Report and Recommendation;

17       (2)    The Court AFFIRMS the decision of the Commissioner; and

18       (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19       DATED this 7th day of February, 2013.

20
                                        _____
21                                      THOMAS S. ZILLY
                                        United States District Judge
22


ORDER AFFIRMING COMMISSIONER
PAGE -1